# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156462(98)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TAMARA FILAS,
      Plaintiff-Appellant,

v

DARYLE SALISBURY,
      Defendant-Appellee.

SC: 156462
COA: 331458
Wayne CC: 15-002158-NM

_____/

      On order of the Court, the motion for reconsideration of this Court's April 3, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk

d0723